IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL DOCKET NO. |
| | ) | _____ |
| v. | ) | |
| | ) | RECEIVED IN CHAMBERS OF |
| THOMAS J. TOTORO | ) | JAN 30 2008 |
| | ) | JOSEPH E. IRENAS, U.S.D.J. |

## MOTION FOR MODIFICATION OF PREVIOUSLY IMPOSED SENTENCE OR RECONSIDERATION

Comes Now, Thomas J. Totoro, the defendant, Pro Se, in the above entitle cause and moves this court Pursuant to Title 18 U.S.C. § 3582 (a)(3) of Criminal Rules and Procedures, and respectfully requests that this Honorable Court modify the sentence previously imposed by this court in the aforementioned criminal docket no.

### STATEMENT OF FACTS

On or about September 2007, defendants attorney and AUSA Ronald Chellemmi had a conferance off the record, in which the Attorney for the United States and the defendeant's Attorney came to an agreement that defendant would pay the whole balance of the joint restisution that the court had originally ordered, and furthermore serve a term of imprisonment of 60 days. The hearing was scheduled promptly and unexpectedly and the defendant regretfully informed the court that at moments notice defendant could only pay Ten(10) thousand dollars but explained in good faith

-1-

STATEMENT OF FACTS CONTINUED...

the balance would be PAYED IN FULL in two weeks, but the court had declined and adjourned for one week, on the date of the hearing the defendant came the court and the hearing was cancelled and not at that time was it rescheduled, the defendant had the understanding that he would recieve an official notice from court, never did he have the understanding that the court would pass a message knowing of his unpredictable work schedule due to the fact that he has to pay a substancial amount of money and at the same time support his family. However, defendant never got notice of the new hearing cause his Attorney attempted to call him while he was at work and opperating a jack hammer in which he never heard the phone ring. The defendant missed the sudden hearing with no sufficient notice ever given, so a Federal Warrant was issued and defendant was put in a predicament to choose between supportting his family or going to prison simply because his Attorney was ineffective and never gave his client a chance to be informed which led to a term of imprisonment of eight months and left his family in an array of hardships, and defendant still payed about forty thousand dollars which is an irrational amount of money to asked working familyman that provides for his wife and children, but agreed to the plea that was worked out by defendants Attorney and AUSA verbally.

## CONCLUSION

Thomas J. Totoro was sentenced to a term of imprisonment of eight months and 1 year supervised release, even though he paid an obsene amount of money for a working man, and the most important the defendant did'nt break the law the whole time on supervised release, defendant also has been a productive member of society and a good role model to his children

CONCLUSION CONTINUED ...

"Our youth today, is our generations builders tommorrow." So for defendants children to be without their father any longer then is rationally necessary would be a travesty. Defendant humbly prays that the court would resentence to a more reasonable time and consider the original agreement that the AUSA and the defenses Attorney has mutually agreed on which was to pay the whole joint restitution and sixty days imprisonment.

On this \_\_\_\_25th\_\_\_\_ day of \_\_January\_\_, 2008

_____
Thomas J. Gotoro, Defendant

## CERTIFICATE OF SERVICE

I, Thomas J. Totoro, certify under the penalty of perjury that I mailed a true and correct copy of the Reconsideration of sentence Title 18 U.S.C. § 3582 (a)(3), was properly furnished upon the parties listed below in a manner provided by this institution and U.S.P.S. First class postage has been PRE PAID.

Clerk of Court
District of New Jersey
Mitchell B. Cohen Federal Courthouse
One John Gerry Plaza
Fourth and Cooper Street
Camden, New Jersey 08101

Date: 1-25-08

/S/ [signature]
Defendant, Pro Se

Thomas Todaro 20865050
Federal Correctional Institution
PO Box 2000
Fort Dix, NJ
08640

02-cr-929

Honorable Judge Joseph Irenas
Mitchell B. Cohen Federal Courthouse
1 John Gerry Plaza
Camden NJ 08101